**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Delaware**

Case number (if known): ____________ Chapter 7

❑ Check if this is an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

**Boss Hog Contracting, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

3 9 – 4 7 2 0 6 8 7

**4. Debtor's address**

**Principal place of business**

**Not Operational**

Number Street

**DE**

City State ZIP Code

**New Castle**

County

**Mailing address, if different from principal place of business**

**P.O. Box C**

Number Street

**Cassville, MO 65625**

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

**https://www.houzz.com/professionals/home-builders/boss-hog-contracting-llc-pfvwus-pf~1356183331**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: ____________

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________
  District ____________ When ____________ (MM / DD / YYYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ____________ Relationship ____________
  District ____________ When ____________ (MM / DD / YYYY)
  Case number, if known ____________

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ______
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______

City ______ State ______ ZIP Code ______

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | |
| ☐ 25,001-50,000 | ☐ 50,000-100,000 | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Boss Hog Contracting, LLC**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/10/2026**
MM/ DD/ YYYY

✗ **/s/ Donald Allen Erwin**
Signature of authorized representative of debtor

**Donald Allen Erwin**
Printed name

Title **Co-Owner**

**18. Signature of attorney**

✗ **/s/ Jenny Kasen**
Signature of attorney for debtor

Date **07/10/2026**
MM/ DD/ YYYY

**Jenny Kasen**
Printed name

**Kasen Law Group, P.C.**
Firm name

**1213 N. King Street Suite 2**
Number Street

**Wilmington** **DE** **19801**
City State ZIP Code

**(302) 652-3300**
Contact phone

**jkasen@kasenlawgroup.com**
Email address

**5849** **DE**
Bar number State

Fill in this information to identify the case:

Debtor Name **Boss Hog Contracting, LLC**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (If known):

❑ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. **Cash on hand** | | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Chase Bank | Checking account | 7836 | $2,343.91 |
| 3.2. | Chase Bank | Checking account | 7837 | $708.60 |
| 3.3. | Chase Bank | Savings account | 1057 | $4.09 |
| 4. **Other cash equivalents** *(Identify all)* | | | | |
| 4.1 | | | | |
| 4.2 | | | | |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$3,056.60**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
❑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ______
Name

7.1 ______ ______

7.2 ______ ______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 ______ ______

8.2 ______ ______

9. **Total of Part 2**
Add lines 7 through 8. Copy the total to line 81. ______

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$5,726,646.31** | - | **$5,726,646.31** | =..... ➔ | **$0.00** |
| 11b. Over 90 days old: | | - | | =..... ➔ | |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$0.00**

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
❑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 | | |
| 14.2 | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1. | | | |
| 15.2. | | | |

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ____________
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ____________ ____________ ____________

16.2 ____________ ____________ ____________

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. ____________

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | ____________ | MM / DD / YYYY | ____________ | ____________ | ____________ |
| 20. | **Work in progress** | | | | |
| | ____________ | MM / DD / YYYY | ____________ | ____________ | ____________ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | ____________ | MM / DD / YYYY | ____________ | ____________ | ____________ |
| 22. | **Other inventory or supplies** | | | | |
| | ____________ | MM / DD / YYYY | ____________ | ____________ | ____________ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. ____________

24. **Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value ____________ Valuation method ____________ Current value ____________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ______
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| ______ | ______ | ______ | ______ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| ______ | ______ | ______ | ______ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| ______ | ______ | ______ | ______ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| ______ | ______ | ______ | ______ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| ______ | ______ | ______ | ______ |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85. ______

34. **Is the debtor a member of an agricultural cooperative?**

❑ No
❑ Yes. Is any of the debtor's property stored at the cooperative?
  ❑ No
  ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No
❑ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No
❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
❑ Yes. Fill in the information below.

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ____________
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | | | | |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. ____________

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

❑ No
❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
❑ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 | | | |
| | 47.2 | | | |
| | 47.3 | | | |
| | 47.4 | | | |

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ______
Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 ______ ______ ______ ______

48.2 ______ ______ ______ ______

49. **Aircraft and accessories**

49.1 ______ ______ ______ ______

49.2 ______ ______ ______ ______

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

______ ______ ______ ______

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87. ______

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

❑ No

❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

❑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. ______

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ______
Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| https://www.houzz.com/professionals/home-builders /boss-hog-contracting-llc-pfvwus-pf~1356183331 | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. ______

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ______
Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ❑ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ ______ – ______ = ➔ ______
Total face amount doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ ______
______ Tax year ______ ______
______ Tax year ______ ______

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| Business general liability insurance | unknown |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---|
| Various claims against Amanda Ross - $333,546.05 | unknown |

**Nature of claim** conversion/breach of fiduciary duty/recovery of misappropriated funds

**Amount requested** $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ ______

**Nature of claim** ______

**Amount requested** ______

76. **Trusts, equitable or future interests in property**
______ ______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ ______
______ ______

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90. ______

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ____________
Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,056.60 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➔ | | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + unknown | | |
| 91. | **Total.** *Add lines 80 through 90 for each column.* 91a. | $3,056.60 | + 91b. | |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $3,056.60

Fill in this information to identify the case:

Debtor name **Boss Hog Contracting, LLC**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| | | |

**2.1 Creditor's name** ____________

**Describe debtor's property that is subject to a lien** ____________

**Creditor's mailing address** ____________

**Describe the lien** ____________

**Creditor's email address, if known** ____________

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Date debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** ____________

Fill in this information to identify the case:

Debtor name **Boss Hog Contracting, LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address**<br>____________<br>____________<br>____________<br>**Date or dates debt was incurred**<br>____________<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:**<br>____________<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | ________ | ________ |
| 2.2 **Priority creditor's name and mailing address**<br>____________<br>____________<br>____________<br>**Date or dates debt was incurred**<br>____________<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:**<br>____________<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | ________ | ________ |

Debtor **Boss Hog Contracting, LLC** Case number *(if known)* ____________
Name

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Altra Federal Credit Union
Attn: Ally Tremain
1700 Oak Forest Drive
Onalaska, WI 54650

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Request for refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$180,581.47**

**3.2 Nonpriority creditor's name and mailing address**
Amanda Ross
21027 State Highway 76
Cassville, MO 65625

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$100.00**

**3.3 Nonpriority creditor's name and mailing address**
Anytime Outhouse
5503 N 500 W
Thorntown, IN 46071

**Date or dates debt was incurred** 2026
**Last 4 digits of account number** 3 0 4 0
**Remarks:** Portable restroom rental services

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$250.00**

**3.4 Nonpriority creditor's name and mailing address**
Builder's First Source
1717 W. Washington St
Indianapolis, IN 46222

**Date or dates debt was incurred** November 2025
**Last 4 digits of account number** 0 0 0 1
**Remarks:** Building materials and supplies

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$4,986.73**

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.5** **Nonpriority creditor's name and mailing address**
**Chief Construction Mgmt, LLC**
**c/o Jared Ellis**
**470 State Highway 76**
**Cassville, MO 65625**

**Date or dates debt was incurred** **2025 & 2026**

**Last 4 digits of account number** __ __ __ __

**Remarks:** Subcontractor – construction management services

**As of the petition filing date, the claim is:** **$232,854.99**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** **Trade/vendor**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**CHOLA Engineering**
**Ward no 07, Puthukkudiyiruppu**
**Mullaithivu, SRI LANKA, 42000**

**Date or dates debt was incurred** **11/27/2025**

**Last 4 digits of account number** __ __ __ __

**Remarks:** Engineering services

**As of the petition filing date, the claim is:** **$1,100.00**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** **Trade/vendor**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Christopher Douglas Mortimer**
**c/o Troy L. Dietrich**
**416 N Walnut**
**Cameron, MO 64429**

**Date or dates debt was incurred** **2026**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$327,419.04**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Litigation dispute**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**Cody Casados & Mikaela Martinez**
**c/o Justin T. Schute, Esq.**
**133 Eubank Blvd NE**
**Albuquerque, NM 87123**

**Date or dates debt was incurred** **July 2024**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$140,000.00**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Litigation dispute**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

## Part 2: Additional Page

**3.9 Nonpriority creditor's name and mailing address**
**Copperman Electric**
**1511 W 350 N**
**West Lafayette, IN 47906**

**As of the petition filing date, the claim is:** **$18,315.60**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** **6/16/26**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.10 Nonpriority creditor's name and mailing address**
**Crux Legal, LLC**
**1823 Ford Street Suite 101**
**Golden, CO 80401**

**As of the petition filing date, the claim is:** **$100.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Legal fees and expenses**

**Date or dates debt was incurred** **2026**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.11 Nonpriority creditor's name and mailing address**
**Design & Drafting Services**
**223 Gettysburg**
**Coatesville, IN 46121**

**As of the petition filing date, the claim is:** **$670.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Trade/vendor**

**Date or dates debt was incurred** **11/14/2025**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Architectural design and drafting services

**3.12 Nonpriority creditor's name and mailing address**
**DoCo Interiors**
**6241 Nordal Ln**
**Salem, OR 97306**

**As of the petition filing date, the claim is:** **$1,000.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Trade/vendor**

**Date or dates debt was incurred** **Spring 2026**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Interior design services

Debtor **Boss Hog Contracting, LLC** Case number (*if known*)
Name

**Part 2:** Additional Page

**3.13** **Nonpriority creditor's name and mailing address**
Enrique Hernandez Construction LLC
203 N Grant St
Edinburgh, IN 46124

**Date or dates debt was incurred** 7/2/26

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $4,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
G Guzman Plumbing, LLC
8702 State Road 26 E.
Lafayette, IN 47905

**Date or dates debt was incurred** 11/19/2025

**Last 4 digits of account number** ____

**Remarks:** Plumbing subcontractor services

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
Karen Lewis
615 Avon Rd
West Palm Beach, FL 33401

**Date or dates debt was incurred** October 2025

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $147,689.82
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Litigation dispute

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
MGS Global, LLC
c/o Gail Sagun
3433 Stratton Rd.
Beachwood, OH 44122

**Date or dates debt was incurred** 2025

**Last 4 digits of account number** ____

**Remarks:** Project management services

**As of the petition filing date, the claim is:** $31,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.17** **Nonpriority creditor's name and mailing address**
Roger Watkins
c/o Beers Mallers, LLP
110 West Berry Street Suite 1100
Fort Wayne, IN 46802

**Date or dates debt was incurred** February 2025

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $976,563.01
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Litigation dispute

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
Ryan MacCabe
c/o Anthony Z. Holbrook, Esq.
2525 East Broadway Boulevard Suite 200
Tucson, AZ 85716

**Date or dates debt was incurred** October 2024

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $40,719.40
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Litigation dispute

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
S. Thanusan
Suthumalai North, Manipay
Jaffna, SRI LANKA, 40000

**Date or dates debt was incurred** 12/05/25

**Last 4 digits of account number** ____

**Remarks:** Engineering services – foreign wire payment

**As of the petition filing date, the claim is:** $700.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade/vendor – services/materials rendered

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
Sherwin-Williams
T404 S. Hoke Ave
Frankfort, IN 46041

**Date or dates debt was incurred** 12/4/25

**Last 4 digits of account number** ____

**Remarks:** Paint and coatings supplies

**As of the petition filing date, the claim is:** $243.16
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

## Part 2: Additional Page

**3.21 Nonpriority creditor's name and mailing address**
Stephenson's Concrete
c/o Monte Stephenson
690 Ballard Rd.
Camden, TN 38320

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$65,560.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22 Nonpriority creditor's name and mailing address**
Steve Wiggins & BrandiLynn Greig
c/o McConaughy & Sarkissian, P.C.
4725 South Monaco Street Suite 200
Denver, CO 80237

**Date or dates debt was incurred** May 2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$52,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation dispute

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23 Nonpriority creditor's name and mailing address**
The Master's Mark Builders
c/o Mark and Stacie
7982 N 50 W
Lebanon, IN 46052

**Date or dates debt was incurred** 2025 & 2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$31,965.24**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24 Nonpriority creditor's name and mailing address**
Velent Steel Structures
c/o Kyle McGuire, Owner
2282 W. Centerton Blvd.
Centerton, AR 72719

**Date or dates debt was incurred** November 2025

**Last 4 digits of account number**

**Remarks:** Engineering and construction services

**As of the petition filing date, the claim is:** **$40,603.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade/vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.25 Nonpriority creditor's name and mailing address**

**Wynwood Capital Group, LLC**
**20200 West Dixie Highway Suite 608**
**Miami, FL 33180**

**Date or dates debt was incurred** **September 2025**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$18,312.96**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Litigation dispute**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bilimek, Ben J.**<br>**110 West Berry Street Suite 1100**<br>**Fort Wayne, IN 46802** | Line **3.15**<br>❑ Not listed. Explain | |
| 4.2 | **Bilimek, Ben J.**<br>**110 West Berry Street Suite 1100**<br>**Fort Wayne, IN 46802** | Line **3.17**<br>❑ Not listed. Explain | |
| 4.3 | **Campbell, Tyler M**<br>**4725 South Monaco Street Suite 200**<br>**Denver, CO 80237** | Line **3.22**<br>❑ Not listed. Explain | |
| 4.4 | **Heck, Andrew R.**<br>**110 West Berry Street Suite 1100**<br>**Fort Wayne, IN 46802** | Line **3.15**<br>❑ Not listed. Explain | |
| 4.5 | **Heck, Andrew R.**<br>**110 West Berry Street Suite 1100**<br>**Fort Wayne, IN 46802** | Line **3.17**<br>❑ Not listed. Explain | |
| 4.6 | **Hoffman, Michael J.**<br>**110 West Berry Street Suite 1100**<br>**Fort Wayne, IN 46802** | Line **3.15**<br>❑ Not listed. Explain | |
| 4.7 | **Hoffman, Michael J.**<br>**110 West Berry Street Suite 1100**<br>**Fort Wayne, IN 46802** | Line **3.17**<br>❑ Not listed. Explain | |

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

**Part 3:** Additional Page

| | | | |
|---|---|---|---|
| 4.8 | **Madeb, Jack**<br>**1202 Avenue U #1287**<br>**Brooklyn, NY 11229** | Line **3.25**<br>❑ Not listed. Explain | |
| 4.9 | **Sarkissian, Ivan Arek**<br>**4725 South Monaco Street Suite 200**<br>**Denver, CO 80237** | Line **3.22**<br>❑ Not listed. Explain | |

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. | + | **$2,324,234.92** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$2,324,234.92** |

Fill in this information to identify the case:

Debtor name: **Boss Hog Contracting, LLC**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (If known): ____________ Chapter **7**

❑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Amber Stevens<br>1525 Gratton Rd<br>Clarksville, TN 37043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Amos & Josh Chaldek<br>651 2nd Street<br>Clayton, WI 54004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Andrea Pearman<br>11846 N Vista Drive<br>Monticello, IN 47960 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Caleb Hudson<br>372 Starkey's Landing<br>Shepherdstown, WV 25443 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ______
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | David Lawrence<br>1040 Winton Chapel Rd<br>Rockwood, TN 37854 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Deborah & Teresa Rickett<br>1036 Lexington Hwy<br>Elberton, GA 30635 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Donald & Tayler Kaiser<br>2931 Golden Eagle Dr<br>Sierra Vista, AZ 85650 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Douglas & Brena Chinn<br>2762 South Muscovey Lane<br>Johnstown, CO 80534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Henry Middleton<br>Burketts Ferry Rd<br>Hazlehurst, GA 31539 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Janet S. Walsh<br>18 Jewel Circle<br>Methuen, MA 01844 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Jennifer Bighorn, Noel Martin, and Karin Martin<br>141 Copperhead Road<br>Dover, TN 37058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Jill & Doug Carlon<br>31037 North 120th Ave<br>Peoria, AZ 85383 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Jim & Mary Elizando<br>Coulter Creek Road Lot 26<br>Carbondale, CO 81623 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Jose & Jazmin Hernandez<br>4514 South Fork Rd<br>Moorefield, WV 26836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Joseph Nicponski<br>Grove Dr Lot 20<br>Groveland, FL 34736 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Kirsten Duncan<br>368 Sublime Summer Ln<br>Clover, SC 29710 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Kody Wintrode<br>472 Billbeth Rd<br>Cascade, ID 83611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Kyle Wright<br>10052 S 46th St<br>Phoenix, AZ 85044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Lucy Sherman<br>735 East 100 North<br>North Cleaveland, UT 84518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Mandy Zeman<br>1656 Pine Ave<br>Livermore, IA 50558 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Michael McCullough<br>807 Dominion Rd<br>Gerrardstown, WV 25420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Richard Whitaker<br>215 Cal Kennedy Road<br>Cleveland, NC 27013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Ryan Kubala<br>1176 Wirsing School Rd<br>Gibbon Glade, PA 15440 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Samuel & Gina Stephens<br>1401 County Rd 1210<br>Willow Springs, MO 65793 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Star Liedke<br>3880 Gull Rock Road<br>Engelhard, NC 27824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Talon Seitzinger<br>25 W Rimshadow Lane<br>Castle Valley, UT 84532 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Timothy Onstott<br>South Pistol Hill Road<br>Vail, AZ 85641 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Valerie Montoya & Eric Giron<br>Parcel: 1-062-123-320-378, Tract 1, Hwy 76<br>Truchas, NM 87578 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Residential/commercial construction contract | Wade Hall<br>2001 W 166th St<br>Westfield, IN 46074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Boss Hog Contracting, LLC**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (If known): ______

❑ Check if this is an amended filing

# Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **4R Cattle, LLC** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City, State, ZIP Code) | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| 2.2 | **4R Contracting, LLC** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City, State, ZIP Code) | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| 2.3 | **AC Beauty and Beyond, LLC** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City, State, ZIP Code) | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| 2.4 | **Amanda Ross** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City, State, ZIP Code) | **Christopher Douglas Mortimer** | ❑ D<br>☑ E/F<br>❑ G |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | **Boss Hog Barndominiums, LLC/Boss Hog Barndos** | **1297 Silver Ridge Ln**<br>Street<br><br>**Brownsburg, IN 46112**<br>City State ZIP Code | **Cody Casados & Mikaela Martinez** | ☐ D ☑ E/F ☐ G |
| | | | **Karen Lewis** | ☐ D ☑ E/F ☐ G |
| | | | **Ryan MacCabe** | ☐ D ☑ E/F ☐ G |
| | | | **Roger Watkins** | ☐ D ☑ E/F ☐ G |
| | | | **Steve Wiggins & BrandiLynn Greig** | ☐ D ☑ E/F ☐ G |
| | | | **Wynwood Capital Group, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **Christopher Douglas Mortimer** | ☐ D ☑ E/F ☐ G |
| 2.6 | **Country Kiddos Daycare, LLC** | **21027 State Highway 76**<br>Street<br><br>**Cassville, MO 65625**<br>City State ZIP Code | **Wynwood Capital Group, LLC** | ☐ D ☑ E/F ☐ G |
| 2.7 | **Endless Concepts Contracting, LLC** | **21027 State Highway 76**<br>Street<br><br>**Cassville, MO 65625**<br>City State ZIP Code | **Cody Casados & Mikaela Martinez** | ☐ D ☑ E/F ☐ G |
| | | | **Karen Lewis** | ☐ D ☑ E/F ☐ G |
| | | | **Ryan MacCabe** | ☐ D ☑ E/F ☐ G |
| | | | **Roger Watkins** | ☐ D ☑ E/F ☐ G |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Steve Wiggins & BrandiLynn Greig** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Christopher Douglas Mortimer** | ❑ D<br>☑ E/F<br>❑ G |
| 2.8 | **Erwin, Caylee** | **1208 Aundria Ave**<br>Street<br><br>**Monett, MO 65708**<br>City State ZIP Code | **Karen Lewis** | ❑ D<br>☑ E/F<br>❑ G |
| 2.9 | **Erwin, Donald Allen** | **308 Farm Road 2065**<br>Street<br><br>**Purdy, MO 65734**<br>City State ZIP Code | **Karen Lewis** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Roger Watkins** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Christopher Douglas Mortimer** | ❑ D<br>☑ E/F<br>❑ G |
| 2.10 | **McClintic, Jeffrey Isaac** | **1297 Silver Ridge Ln.**<br>Street<br><br>**Brownsburg, IN 46112**<br>City State ZIP Code | **Karen Lewis** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Roger Watkins** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Christopher Douglas Mortimer** | ❑ D<br>☑ E/F<br>❑ G |
| 2.11 | **Paddock, Cade** | **4253 Lakeway Dr**<br>Street<br><br>**Indianapolis, IN 46205**<br>City State ZIP Code | **Karen Lewis** | ❑ D<br>☑ E/F<br>❑ G |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.12 | **Privett, Jennifer L.** | **10304 W State Highway U** (Street)<br>**Cassville, MO 65625** (City State ZIP Code) | **Karen Lewis** | ❑ D<br>☑ E/F<br>❑ G |
| 2.13 | **Ross Decking & More, LLC** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City State ZIP Code) | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| 2.14 | **Ross, Amanda** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City State ZIP Code) | **Karen Lewis** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Roger Watkins** | ❑ D<br>☑ E/F<br>❑ G |
| | | | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| 2.15 | **Ross, William David** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City State ZIP Code) | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| 2.16 | **Route 76 Pool Hall, LLC** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City State ZIP Code) | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |
| 2.17 | **Stubby's Automotive, LLC** | **21027 State Highway 76** (Street)<br>**Cassville, MO 65625** (City State ZIP Code) | **Wynwood Capital Group, LLC** | ❑ D<br>☑ E/F<br>❑ G |

Debtor **Boss Hog Contracting, LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | **Sunshine Tanning & More, LLC** | **21027 State Highway 76**<br>Street<br><br>**Cassville, MO 65625**<br>City State ZIP Code | **Wynwood Capital Group, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 | | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.20 | | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.21 | | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.22 | | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.23 | | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
|---|
| Debtor name **Boss Hog Contracting, LLC** |
| United States Bankruptcy Court for the: **District of Delaware** |
| Case number (if known): ______ Chapter **7** |

❑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real Property:** Copy line 88 from *Schedule A/B*.......... | **$0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*.......... | **$3,056.60** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*.......... | **$3,056.60** |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.......... | **$0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... | **$0.00** |
| 3b. **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... | + **$2,324,234.92** |
| 4. **Total liabilities**.......... Lines 2 + 3a + 3b | **$2,324,234.92** |

Fill in this information to identify the case:

Debtor name **Boss Hog Contracting, LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) to Filing date | ☑ Operating a business<br>☐ Other | **$1,419,283.31** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$288,393.28** |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **N/A - Business did not exist in 2024**<br>**$0.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) to Filing date | | |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) to **12/31/2025** (MM/ DD/ YYYY) | | |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) to **12/31/2024** (MM/ DD/ YYYY) | | |

Debtor **Boss Hog Contracting, LLC** Case number (if known)
Name

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Bautista Construction Services LLC** (Creditor's name)<br>**1154 W. Morrison St** (Street)<br>**Frankfort, IN 46041** (City State ZIP Code) | **5/26/26**<br>**05/28/26** | **$11,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | **Builder's First Source** (Creditor's name)<br>**1717 W. Washington St** (Street)<br>**Indianapolis, IN 46222** (City State ZIP Code) | **04/24/26**<br>**05/11/26**<br>**06/05/26** | **$127,861.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3. | **Chief Construction Mgmt, LLC** (Creditor's name)<br>**470 State Highway 76** (Street)<br>**c/o Jared Ellis**<br>**Cassville, MO 65625** (City State ZIP Code) | **04/14/26**<br>**04/30/26**<br>**04/30/26**<br>**05/12/26**<br>**05/22/26**<br>**06/09/26**<br>**06/09/26** | **$213,055.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.4. | **Crux Legal, LLC** (Creditor's name)<br>**1823 Ford Street Suite 101** (Street)<br>**Golden, CO 80401** (City State ZIP Code) | **04/14/26**<br>**05/11/26**<br>**06/12/26** | **$11,997.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

3.5. **IMI Indiana, LLC**
Creditor's name
**P. O. Box 7048 Group #2**
Street

**Indianapolis, IN 46207**
City State ZIP Code

Dates: **05/22/26**, **05/29/26**
Total amount or value: **$9,276.90**

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ☑ Suppliers or vendors
- ❑ Services
- ❑ Other

3.6. **Phillips Legal**
Creditor's name
**2701 Lawrence St Ste 106**
Street

**Denver, CO 80205**
City State ZIP Code

Dates: **05/11/26**, **06/12/26**, **06/12/26**, **06/12/26**
Total amount or value: **$24,392.20**

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ☑ Services
- ❑ Other

3.7. **The Master's Mark Builders**
Creditor's name
**7982 N 50 W**
Street
**c/o Mark and Stacie**
**Lebanon, IN 46052**
City State ZIP Code

Dates: **05/28/26**, **05/28/26**, **06/12/26**, **06/15/26**, **06/18/26**
Total amount or value: **$21,032.95**

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ☑ Suppliers or vendors
- ❑ Services
- ❑ Other

3.8. **Velent Steel Structures**
Creditor's name
**2282 W. Centerton Blvd.**
Street
**c/o Kyle McGuire, Owner**
**Centerton, AR 72719**
City State ZIP Code

Dates: **04/14/26**, **05/28/26**
Total amount or value: **$67,223.14**

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ☑ Services
- ❑ Other

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Erwin, Caylee** (Creditor's name)<br>**1208 Aundria Ave** (Street)<br>**Monett, MO 65708** (City State ZIP Code) | **2025 & 2026** | **$51,837.85** | **Ordinary course 1099** |

**Relationship to debtor**

**Client Management**

| | | | | |
|---|---|---|---|---|
| 4.2. | **AnnaMarie Erwin**<br>Creditor's name<br>**P.O. Box 747**<br>Street<br><br>**Cassville, MO 65625**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Bookkeeper** | **2025 & 2026** | **$9,969.00** | **Ordinary course 1099** |
| 4.3. | **McClintic, Jeffrey Isaac**<br>Creditor's name<br>**6889 Teder Creek Ln**<br>Street<br><br>**Whitestown , IN 46075**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Member/Owner (33.3%)** | **Various Dates** | **$51,500.00** | **Ordinary course salary** |
| 4.4. | **Erwin, Donald Allen**<br>Creditor's name<br>**308 Farm Road 2065**<br>Street<br><br>**Purdy, MO 65734**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Member/Owner (33.3%)** | **Various dates** | **$58,500.00** | **Ordinary course salary** |
| 4.5. | **Scott Poynter**<br>Creditor's name<br>**2036 Jasper Brook Ct**<br>Street<br><br>**Whitestown, IN 46075**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Member/Owner (33.3%)** | **Various dates** | **$60,987.10** | **Ordinary course salary** |
| 4.6. | **Ross, Amanda**<br>Creditor's name<br>**21027 State Highway 76**<br>Street<br><br>**Cassville, MO 65625**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Former Member** | **Various dates** | **$333,546.05** | **unauthorized transfer/misappropriation by former officer** |

4.7. **AME Management** **2026** **$6,000.00** **Ordinary course 1099**
Creditor's name
**P.O. Box 747**
Street

**Cassville, MO 65625**
City State ZIP Code

**Relationship to debtor**

**Bookkeeper**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name<br>Street<br>City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name<br>Street<br>City State ZIP Code | XXXX– | | |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Karen Lewis v. Boss Hog Barndominiums, LLC, et al.<br>**Case number**<br>02D09-2605-PL-000203 | Civil – contract/construction dispute | Allen Superior Court, Allen County, Indiana (Name)<br>715 South Calhoun St. (Street)<br>Fort Wayne, IN 46802 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Roger Watkins v. Boss Hog Barndominiums, LLC, et al.<br>**Case number**<br>02D02-2602-PL-000072 | Civil – contract/construction dispute | Allen Superior Court, Allen County, Indiana (Name)<br>715 South Calhoun St. (Street)<br>Fort Wayne, IN 46802 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Wiggins et al v. Endless Concepts Contracting, LLC et al<br>**Case number**<br>25-01626 | Civil – contract/construction dispute | U.S. District Court - District of Colorado (Name)<br>901 19th Street (Street)<br>Denver, CO 80294 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Wynwood Capital Group, LLC v. Endless Concepts Contracting, LLC, et al.<br>**Case number**<br>E2026007493 | Civil – contract/construction dispute | County of Monroe, Supreme Court of the State of New York (Name)<br>99 Exchange Blvd #545 (Street)<br>Rochester, NY 14614 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Christopher Douglas Mortimer v. Boss Hog Barndominiums, et al.<br>**Case number**<br>26CN-CC00048 | Civil - contract/construction dispute | 43rd Judicial Circuit, Clinton County, Missouri (Name)<br>207 North Main (Street)<br>Plattsburg, MO 64477 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
| --- | --- | --- |
| Custodian's name<br>Street<br>City State ZIP Code | | |
| | **Case title** | **Court name and address** |
| | | Name<br>Street<br>City State ZIP Code |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |
| Recipient's name<br>Street<br>City State ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

❑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
| --- | --- | --- | --- | --- |
| 10.1. | **Unauthorized transfer/misappropriation by former officer Amanda Ross** | **$0.00** | **Various Dates** | **$333,546.05** |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Kasen Law Group, P.C.** | **Corporate Chapter 7 retainer and filing fee subject to all terms of retainer agreement** | **6/23/2026** | **$15,338.00** |

**Address**

**1213 N. King Street Suite 2**
Street

**Wilmington, DE 19801**
City State ZIP Code

**Email or website address**

**jkasen@kasenlawgroup.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Amanda Ross** | **unauthorized transfer/misappropriation by former officer** | **Various Dates** | **$333,546.05** |

**Address**

**21027 State Highway 76**
Street

**Cassville, MO 65625**
City State ZIP Code

**Relationship to debtor**

**Former Member**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street<br>City State ZIP Code | From ____ To ____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br>Street<br><br>City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

19.1

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor **Boss Hog Contracting, LLC** Case number *(if known)*
Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name<br>Street<br><br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ____ To ____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **AnnaMarie Erwin**<br>Name<br>**P.O. Box 747**<br>Street<br><br>**Cassville, MO 65625**<br>City State ZIP Code | From **September 2025** To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Name<br>Street<br><br>City State ZIP Code | From ____ To ____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **AnnaMarie Erwin**<br>Name<br>**P.O. Box 747**<br>Street<br><br>**Cassville, MO 65625**<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Rams Head Funding**
Name
**12175 Visionary Way Suite 116**
Street

**Fishers, IN 46038**
City State ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**Name and address of the person who has possession of inventory records**

27.1.
Name

Street

City State ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **McClintic, Jeffrey Isaac** | **6889 Teder Creek Ln Whitestown, IN 46075** | **Co-Owner, Member** | **33.30%** |
| **Scott Poynter** | **2036 Jasper Brook Ct Whitestown, IN 46075** | **Co-Owner, Member** | **33.30%** |
| **Erwin, Donald Allen** | **308 Farm Road 2065 Purdy, MO 65734** | **Co-Owner, Member** | **33.30%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ross, Amanda** | **505 East St. 21027 State Highway 76 Cassville, MO 65625** | **Co-Owner, Former Member** | From **September 2025** To **December 2025** |
| **Gerry Man** | **20324 Private Road 1124 Cassville, MO 65625** | **CEO, Former Officer** | From **September 2025** To **April 2026** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **AME Management**<br>P.O. Box 747<br>Cassville, MO 65625<br>Relationship to debtor: **Bookkeeper** | **$6,000.00** | **2026** | **Ordinary course 1099** |
| 30.2. | **AnnaMarie Erwin**<br>P.O. Box 747<br>Cassville, MO 65625<br>Relationship to debtor: **Bookkeeper** | **$9,969** | **2025 & 2026** | **Ordinary course 1099** |
| 30.3. | **Erwin, Caylee**<br>1208 Aundria Ave<br>Monett, MO 65708<br>Relationship to debtor: | **$51,387.85** | **2025 & 2026** | **Ordinary course 1099** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Amanda Ross**<br>Name<br>**21027 State Highway 76**<br>Street<br><br>**Cassville, MO 65625**<br>City State ZIP Code<br>Relationship to debtor<br>**Former Member** | **$333,546.05** | **Various Dates** | **unauthorized transfer/misappropriation by former officer** |
| 30.5. **Scott Poynter**<br>Name<br>**2036 Jasper Brook Ct**<br>Street<br><br>**Whitestown, IN 46075**<br>City State ZIP Code<br>Relationship to debtor<br>**Member/Owner (33.3%)** | **$60,987.10** | **Various Dates** | **Ordinary course salary** |
| 30.6. **Erwin, Donald Allen**<br>Name<br>**308 Farm Road 2065**<br>Street<br><br>**Purdy, MO 65734**<br>City State ZIP Code<br>Relationship to debtor<br>**Member/Owner (33.3%)** | **$58,500** | **Various Dates** | **Ordinary course salary** |
| 30.7. **McClintic, Jeffrey Isaac**<br>Name<br>**1297 Silver Ridge Ln.**<br>Street<br><br>**Brownsburg, IN 46112**<br>City State ZIP Code<br>Relationship to debtor<br>**Member/Owner (33.3%)** | **$51,500** | **Various Dates** | **Ordinary course salary** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/10/2026**
MM/ DD/ YYYY

✗ **/s/ Donald Allen Erwin**
Signature of individual signing on behalf of the debtor

Printed name **Donald Allen Erwin**

Position or relationship to debtor **Co-Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
District of Delaware

**In re** Boss Hog Contracting, LLC

Case No. ____________________

**Debtor** Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | **$15,338.00** |
| Prior to the filing of this statement I have received | **$0.00** |
| Balance Due | **$15,338.00** |

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Kasen Law Group, P.C. has agreed to render legal services and be compensation for such services in accordance with and subject to all terms and conditions set forth in the retainer agreement, the terms of which are incorporated herein by reference, and a copy of which will be made available upon request. Nothing contained in the herein disclosure is intended or shall be construed to limit the terms and conditions set forth in the retainer agreement. And, Kasen Law Group, P.C. retains its rights to amend the herein disclosure at any time.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Kasen Law Group, P.C. has agreed to render legal services and be compensation for such services in accordance with and subject to all terms and conditions set forth in the retainer agreement, the terms of which are incorporated herein by reference, and a copy of which will be made available upon request. Nothing contained in the herein disclosure is intended or shall be construed to limit the terms and conditions set forth in the retainer agreement. And, Kasen Law Group, P.C. retains its rights to amend the herein disclosure at any time.

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**07/10/2026**
*Date*

**/s/ Jenny Kasen**
Jenny Kasen
*Signature of Attorney*

Bar Number: 5849
Kasen Law Group, P.C.
1213 N. King Street Suite 2
Wilmington, DE 19801
Phone: (302) 652-3300

**Kasen Law Group, P.C.**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**WILMINGTON DIVISION**

IN RE: **Boss Hog Contracting, LLC**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **07/10/2026** Signature **/s/ Donald Allen Erwin**

Donald Allen Erwin, Co-Owner

4R Cattle, LLC
21027 State Highway 76
Cassville, MO 65625

4R Contracting, LLC
21027 State Highway 76
Cassville, MO 65625

AC Beauty and Beyond, LLC
21027 State Highway 76
Cassville, MO 65625

Altra Federal Credit Union
Attn: Ally Tremain
1700 Oak Forest Drive
Onalaska, WI 54650

Amanda Ross
21027 State Highway 76
Cassville, MO 65625

Amber Stevens
1525 Gratton Rd
Clarksville, TN 37043

Amos & Josh Chaldek
651 2nd Street
Clayton, WI 54004

Andrea Pearman
11846 N Vista Drive
Monticello, IN 47960

Anytime Outhouse
5503 N 500 W
Thorntown, IN 46071

Ben J. Bilimek
110 West Berry Street Suite 1100
Fort Wayne, IN 46802

Boss Hog Barndominiums, LLC/Boss Hog Barndos
1297 Silver Ridge Ln
Brownsburg, IN 46112

Builder's First Source
1717 W. Washington St
Indianapolis, IN 46222

Caleb Hudson
372 Starkey's Landing
Shepherdstown, WV 25443

Tyler M Campbell
4725 South Monaco Street Suite 200
Denver, CO 80237

Chief Construction Mgmt, LLC
c/o Jared Ellis
470 State Highway 76
Cassville, MO 65625

CHOLA Engineering
Ward no 07, Puthukkudiyiruppu
Mullaithivu, SRI LANKA42000

Christopher Douglas Mortimer
c/o Troy L. Dietrich
416 N Walnut
Cameron, MO 64429

Cody Casados & Mikaela Martinez
c/o Justin T. Schute, Esq.
133 Eubank Blvd NE
Albuquerque, NM 87123

Copperman Electric
1511 W 350 N
West Lafayette, IN 47906

Country Kiddos Daycare, LLC
21027 State Highway 76
Cassville, MO 65625

Crux Legal, LLC
1823 Ford Street Suite 101
Golden, CO 80401

David Lawrence
1040 Winton Chapel Rd
Rockwood, TN 37854

Deborah & Teresa Rickett
1036 Lexington Hwy
Elberton, GA 30635

Design & Drafting Services
223 Gettysburg
Coatesville, IN 46121

DoCo Interiors
6241 Nordal Ln
Salem, OR 97306

Donald & Tayler Kaiser
2931 Golden Eagle Dr
Sierra Vista, AZ 85650

Douglas & Brena Chinn
2762 South Muscovey Lane
Johnstown, CO 80534

Endless Concepts Contracting, LLC
21027 State Highway 76
Cassville, MO 65625

Enrique Hernandez Construction LLC
203 N Grant St
Edinburgh, IN 46124

Caylee Erwin
1208 Aundria Ave
Monett, MO 65708

Donald Allen Erwin
308 Farm Road 2065
Purdy, MO 65734

G Guzman Plumbing, LLC
8702 State Road 26 E.
Lafayette, IN 47905

Andrew R. Heck
110 West Berry Street Suite 1100
Fort Wayne, IN 46802

Henry Middleton
Burketts Ferry Rd
Hazlehurst, GA 31539

Michael J. Hoffman
110 West Berry Street Suite 1100
Fort Wayne, IN 46802

Janet S. Walsh
18 Jewel Circle
Methuen, MA 01844

Jennifer Bighorn, Noel Martin,
and Karin Martin
141 Copperhead Road
Dover, TN 37058

Jill & Doug Carlon
31037 North 120th Ave
Peoria, AZ 85383

Jim & Mary Elizando
Coulter Creek Road Lot 26
Carbondale, CO 81623

Jose & Jazmin Hernandez
4514 South Fork Rd
Moorefield, WV 26836

Joseph Nicponski
Grove Dr Lot 20
Groveland, FL 34736

Karen Lewis
615 Avon Rd
West Palm Beach, FL 33401

Kirsten Duncan
368 Sublime Summer Ln
Clover, SC 29710

Kody Wintrode
472 Billbeth Rd
Cascade, ID 83611

Kyle Wright
10052 S 46th St
Phoenix, AZ 85044

Lucy Sherman
735 East 100 North
North Cleaveland, UT 84518

Jack Madeb
1202 Avenue U #1287
Brooklyn, NY 11229

Mandy Zeman
1656 Pine Ave
Livermore, IA 50558

Jeffrey Isaac McClintic
1297 Silver Ridge Ln.
Brownsburg, IN 46112

MGS Global, LLC
c/o Gail Sagun
3433 Stratton Rd.
Beachwood, OH 44122

Michael McCullough
807 Dominion Rd
Gerrardstown, WV 25420

Cade Paddock
4253 Lakeway Dr
Indianapolis, IN 46205

Jennifer L. Privett
10304 W State Highway U
Cassville, MO 65625

Richard Whitaker
215 Cal Kennedy Road
Cleveland, NC 27013

Roger Watkins
c/o Beers Mallers, LLP
110 West Berry Street Suite 1100
Fort Wayne, IN 46802

Ross Decking & More, LLC
21027 State Highway 76
Cassville, MO 65625

Amanda Ross
21027 State Highway 76
Cassville, MO 65625

William David Ross
21027 State Highway 76
Cassville, MO 65625

Route 76 Pool Hall, LLC
21027 State Highway 76
Cassville, MO 65625

Ryan Kubala
1176 Wirsing School Rd
Gibbon Glade, PA 15440

Ryan MacCabe
c/o Anthony Z. Holbrook, Esq.
2525 East Broadway Boulevard Suite 200
Tucson, AZ 85716

S. Thanusan
Suthumalai North, Manipay
Jaffna, SRI LANKA40000

Samuel & Gina Stephens
1401 County Rd 1210
Willow Springs, MO 65793

Ivan Arek Sarkissian
4725 South Monaco Street Suite 200
Denver, CO 80237

Sherwin-Williams
T404 S. Hoke Ave
Frankfort, IN 46041

Star Liedke
3880 Gull Rock Road
Engelhard, NC 27824

Stephenson's Concrete
c/o Monte Stephenson
690 Ballard Rd.
Camden, TN 38320

Steve Wiggins & BrandiLynn Greig
c/o McConaughy & Sarkissian, P.C.
4725 South Monaco Street Suite 200
Denver, CO 80237

Stubby's Automotive, LLC
21027 State Highway 76
Cassville, MO 65625

Sunshine Tanning & More, LLC
21027 State Highway 76
Cassville, MO 65625

Talon Seitzinger
25 W Rimshadow Lane
Castle Valley, UT 84532

The Master's Mark Builders
c/o Mark and Stacie
7982 N 50 W
Lebanon, IN 46052

Timothy Onstott
South Pistol Hill Road
Vail, AZ 85641

Valerie Montoya & Eric Giron
Parcel: 1-062-123-320-378, Tract 1, Hwy 76
Truchas, NM 87578

Velent Steel Structures
c/o Kyle McGuire, Owner
2282 W. Centerton Blvd.
Centerton, AR 72719

Wade Hall
2001 W 166th St
Westfield, IN 46074

Wynwood Capital Group, LLC
20200 West Dixie Highway Suite 608
Miami, FL 33180

| Fill in this information to identify the case: |
|---|
| Debtor name **Boss Hog Contracting, LLC** |
| United States Bankruptcy Court for the: **District of Delaware** |
| Case number (if known): |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* ____________

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/10/2026**
MM/ DD/ YYYY

X **/s/ Donald Allen Erwin**
Signature of individual signing on behalf of debtor

**Donald Allen Erwin**
Printed name

**Co-Owner**
Position or relationship to debtor